UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ECO FARMS SALES, INC., individually and on behalf of all other similarly situated,<br><br>                                                      Plaintiff,<br><br>                         - vs -<br><br>XEROX CORPORATION,<br><br>                                                      Defendant. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH <u>PREJUDICE</u>**<br><br>Civil Action No.:<br>17-cv-06637-MAT |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), by and between the undersigned, that this action is hereby dismissed. This dismissal is on the merits and with prejudice and without costs or fees to any party.

Dated:  January 19, 2018        By: s/ E. Adam Webb
                                                E. Adam Webb
                                                WEBB, KLASE & LEMOND, LLC
                                                1900 The Exchange, S.E.
                                                Suite 480
                                                Atlanta, Georgia 30339
                                                Telephone:  (770) 444-0773
                                                Adam@WebbLLC.com
                                                *Attorneys for Plaintiff Eco Farms Sales, Inc.*

Dated:  January 19, 2018        By: s/ Carolyn Nussbaum
                                                Carolyn G. Nussbaum
                                                Meghan K. McGuire
                                                NIXON PEABODY LLP
                                                1300 Clinton Square
                                                Rochester, NY 14604
                                                Telephone:  (585) 263-1558
                                                cnussbaum@nixonpeabody.com
                                                mkmcguire@nixonpeabody.com
                                                *Attorneys for Defendant Xerox Corporation*