UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ECO FARMS SALES, INC., individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>- vs -<br><br>XEROX CORPORATION,<br><br>Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Civil Action No.: 17-cv-06637-MAT |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), by and between the undersigned, that this action is hereby dismissed. This dismissal is on the merits and with prejudice and without costs or fees to any party.

Dated: January 19, 2018

By: s/ E. Adam Webb
E. Adam Webb
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-0773
Adam@WebbLLC.com
*Attorneys for Plaintiff Eco Farms Sales, Inc.*

Dated: January 19, 2018

By: s/ Carolyn Nussbaum
Carolyn G. Nussbaum
Meghan K. McGuire
NIXON PEABODY LLP
1300 Clinton Square
Rochester, NY 14604
Telephone: (585) 263-1558
cnussbaum@nixonpeabody.com
mkmcguire@nixonpeabody.com
*Attorneys for Defendant Xerox Corporation*

SO ORDERED

*/s/ Michael A. Telesca*
MICHAEL A. TELESCA
United States District Judge

4852-2024-6105.1